# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 07-1146

———————

United States of America,

        Appellee,

v.

Rigoberto Salas-Castro,

        Appellant.

\*    Appeal from the United States
\*    District Court for the
\*    Western District of Arkansas.

\*    [UNPUBLISHED]

———————

Submitted: November 13, 2007
Filed: November 15, 2007

———————

Before BYE, RILEY, and MELLOY, Circuit Judges.

———————

PER CURIAM.

     Rigoberto Salas-Castro appeals the sentence imposed by the district court[1] after he pleaded guilty to an immigration charge, in violation of 8 U.S.C. § 1326(a) and (b)(2), 6 U.S.C. § 202(3) and (4), and 6 U.S.C. § 557. Salas-Castro's counsel has filed a brief under Anders v. California, 386 U.S. 738 (1967), and moves to withdraw. For reversal, he argues that Salas-Castro's sentence, which was imposed at the bottom of the uncontested Guidelines range, is unreasonable.

———————

[1]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.

We review Salas-Castro's sentence for reasonableness, and given that it falls within the advisory Guidelines range, it is presumptively reasonable. <u>See</u> <u>Rita v. United States</u>, 127 S. Ct. 2456, 2462 (2007) (discussing presumption). We see no basis in the record for concluding that Salas-Castro's sentence is unreasonable, <u>see</u> <u>United States v. Haack</u>, 403 F.3d 997, 1003-04 (8th Cir. 2005) (factors); and further, after reviewing the record independently under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we have found no nonfrivolous issues for appeal. Accordingly, we affirm, and we grant counsel leave to withdraw.

_____